In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00214-CV

_____

**SHAMMAH STONE, L.L.C., ELTON J. SENEGAL AND MINNIE SENEGAL; MELVIN D. SENEGAL SR. AND ROSA SENEGAL; AND ARNOLD A. HENRY AND HELEN G. HENRY, Appellants**

**V.**

**COMMUNITY BANK OF TEXAS, N.A., Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-191,444-B**

**MEMORANDUM OPINION**

On January 12, 2015, the trial court signed the order of severance, finally disposing of all claims by Shammah Stone, L.L.C., Elton J. Senegal, Minnie Senegal, Melvin D. Senegal Sr., Rosa Senegal, Arnold A. Henry and Helen G. Henry against Community Bank of Texas, N.A. and G.A. Wimberly. The notice of appeal was due to be filed by April 13, 2015. *See* Tex. R. App. P. 26.1(a). A notice of appeal was filed on May 22, 2015. The Court notified the parties that the notice

1

of appeal did not appear to have been timely filed, no response was filed within the time specified in the notice.

The appellants failed to file a notice of appeal within the time for which we may grant an extension of time to perfect an appeal. *See* Tex. R. App. P. 26.3. The appellants also failed to respond to a notice from the clerk requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on July 29, 2015
Opinion Delivered July 30, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.